UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| THOMAS WILLIAM SINCLAIR RICHEY,<br><br>  Plaintiff,<br><br>  v.<br><br>PATRICK GLEBE AND CUS ROIKO,<br><br>  Defendants. | No. C14-5268 RJB-KLS<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER:**

(1) The Court **Adopts** the Report and Recommendation (Dkt.4). Plaintiff's objections (Dkt. 5) are without merit and are a repetition of his prior argument. They do not provide a basis for declining to adopt the Report and Recommendation.

(2) This action is **Dismissed without Prejudice** and Plaintiff's application to proceed in forma pauperis (Dkt. 1) is **Denied as Moot.**

(3) The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants, and to the Hon. Karen L. Strombom.

**DATED** this 21st day of May, 2014.

*/s/ Robert J. Bryan*
ROBERT J. BRYAN
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 1